IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 4:12CB3000 |
| Plaintiff, | ) | W0902909 |
| | ) | |
| v. | ) | |
| | ) | MOTION TO ESTABLISH |
| DIANA EMFINGER, | ) | COLLATERAL FINE AMOUNT |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States and moves this Court for an order establishing a collateral fine amount of $500 and a $25 processing fee, for a total of $525.00 in the above-captioned matter. The undersigned represents to the court that the matter has been discussed with the case agent, and the proposed settlement adequately addresses the totality of the circumstances in this case and is in the interest of justice. The undersigned further represents to the court that this matter has been discussed with the defendant and she is in agreement with this proposal.

Dated this 6th day of March, 2012.

Respectfully submitted,

UNITED STATES OF AMERICA

By: DEBORAH R. GILG
United States Attorney
District of Nebraska

And: *[signature]*
ALAN L. EVERETT #15387
Assistant U. S. Attorney

## ORDER

IT IS SO ORDERED this 7th day of March, 2012.

BY THE COURT:

*[signature]*
CHERYL R. ZWART
United States Magistrate Judge